

ISDC- BALTIMORE
'23 JAN 9 AM 9:55

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tania Lewis

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

Senior Lifestyle
POC: Denise Buchoiz

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for Employment
Discrimination**

Case No. __23 CV 43__
(to be filled in by the Clerk's Office)

Jury Trial:   ☒ Yes   ☐ No
(check one)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                     Tonia Lewis

Street Address           28 Richmor Road, Apt I

City and County          Owings Mills, Baltimore County

State and Zip Code       Maryland, 21117

Telephone Number         443·409·1989

E-mail Address           lewstonia@rocketmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name                     Senior Lifestyle

Job or Title             "Corporation" Health Care
(if known)

Street Address           303 E Wacker Drive, Suite 2400

City and County          Chicago

State and Zip Code       Illinois, 60601

Telephone Number         (312) 498·0619

E-mail Address           N/A
(if known)

2

Defendant No. 2

    Name                        _____

    Job or Title
    (if known)             _____

    Street Address     _____

    City and County   _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known)             _____

Defendant No. 3

    Name                        _____

    Job or Title
    (if known)             _____

    Street Address     _____

    City and County   _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known)             _____

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name              Senior Lifestyle (Atrium Village)

    Street Address     4730 Atrium Ct,

    City and County   Owings Mills, MD, 21117 (Baltimore County)

    State and Zip Code Maryland, 21117

    Telephone Number 410-000-8581

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Statement of claim

January 14-2021: only African American on phonecall, Beth Ber refused my witness to be heard of seen to confirm HIPPA violation. Beth Ber yelled at me on zoom meeting. and stated i know nothing about this company. (DISRESPECT) (embarrased.

Feb-2: Exclude me from meetings stripping my duties away from me as Human Resources (diree discrimination

Feb 3, 2021: Refusing to help me and my network. phone lined. I was the only one Todd refused to help. (diree discrimination). (Treated less)

Feb 15, 2021: denied me from being in meeting for my own report.

Feb 17, 2021: excluded me out of meeting all caucasion was included in meeting. conferaled with other managers. didn't give rapport on meeting to me.

Feb 19, 2021: Reported problem to ED & she yelled at me pointing her finger, humiliating me, ignored me with another employee concern.

Feb 22, 2021 : ignored me with employee update

Feb 25, 2021 : stacy stated i need to stop supporting Black Employees or im going to end up in the hot seat. i feared for my job. my workplace felt unsafe and toxic. i was being crushed.

March 2, 2021 : Eliminated my position, no job update she kept avoiding me

March 5, 2021 - last day : i was told to stay at the desk wasnt allowed in my own office, took my email away, broadcasted i will no longer be taking employee concerns anymore.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☐    Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

1-14/21, 2-2-21, 2-3-21, 2-11-2021, 2-15-21, 2-17-21, 2-19-21, 2-22-21, 2-25-21, 3-2,21, 3-5,21,

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☒    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race  African American

☐    color  Black

☐    gender/sex  _____

☐    religion  _____

☐    national origin  _____

☐    age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

5

E.    The facts of my case are as follows.  Attach additional pages if needed.

My timeline attached with red labeled words.

_____

_____

_____

_____

_____

(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.) (Attached back of sheet.

**IV.    Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)

march 2, 2021

B.    The Equal Employment Opportunity Commission (check one):

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on (date)

october 11, 2022

(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

Timeline for E.

I was hired as Human Resources at Atrium village on November 15,2020 since then i have gotten my work done on time , made deadlines before they approached and received compliments and emails regarding how good of a worker i am from my team and corporate emails regarding keep up the good work , you rock & thank you for your continued dedication Takia .

1/4/21 - I was in my office when Todd approached my door and stated he wanted me to rush an employee through the process i explained to him i have to do the proper policy to bring people in i cant do any shortcuts when onboarding employees. He was upset and calling me slow on getting employees in. He stated he wanted to ask Melina my Boss I told him me and him can walk to her office and confirm this is how the process goes . Todd & I walked to the business office once she confirmed that's how the process must go Todd started to have a hot temper by acting crazy and yelling . I was unable to contact my Regional Vannesa Ridgeway at the time so I had the business office assistant send an email to her she later responded " Whats the hld up with the new hires " instead of handling the situation and disciplining him for his rudely outburst.

1/13/21 - Todd Kalkstein ( Kitchen Director)& Molly Hall (Program Director )were spreading Rumors about employees being covid positive i reached out to my regional human resources Denise Bucholz via phone call and text she guided me on how handle the situation since it was ( Violation of HIPPA ) which is not tolerated under no circumstances & went against(K) in the handbook policies .

1/14/21 – Before my morning meeting Denise sent me an email with the write up Denise Bucholz had written for me to present to Todd & Molly . During the meeting there was a lot of tension Todd was being very rude to my Boss Melina & Molly started to jump in I made a statement to the group to say we are all supposed to be a team not ganging up on each other and that today the meeting seems very hostile. Everyone agreed but Todd & Molly . After the meeting was over I told Todd & Molly to stay back because I wanted to talk with them . I re questioned them about who spreaded the rumors within the facility Todd said Molly & Molly said Todd once again then they kept switching their answers . I then proceeded to educate them on why their were getting a write up Todd Kalkstein signed the paper and threw it at me . Molly hall banged on the table and stated she was very upset at me and that i would regret giving her this . Less than 10 minutes I received a notification on my computer with a random zoom call that was immediately scheduled with the (Vice President of the company )Beth Ber , Todd , Molly , Denise and Myself . I was the only African American on the call . Beth Ber voiced that it would've never happened if i didn't give them the write up and that Todd was very upset i explained to her that the directors were spreading rumors and violating HIPPA which is not tolerated state law and in our company policy and just like it applies to our employees to follow the rules and regulations that it applies to the directors .She stated that i was very disrespectful and raised her voice at me saying don't put it in their files and to discard them immediately . Denise the Regional Human Resources agreed that the directors were out of line and was wrong and demand a write up stated in the text along/ phone call with me on the 13th with my witness Natasha Young but on the phone on the 14 on the zoom call she said she suddenly made a mistake and please disregard but she is the one who wrote it for me . Around 12:30pm Denise messaged me to let me know discard the write up forms from Molly & Todd File via email I replied yess maam and she stated thanks for your understanding .

1/18/2021 – Our New administrator started at our community as soon as she came in , Todd quickly walked her in her office and was in there all day with her ( I know this information because my office was across from her's.

1/22/2021 Todd followed a employee Almenta Campbell ( Director of Housekeeping ) " dont trust that girl Takia" - ( this information was told to me by the Source )

2/1/2021- Stacy  stated wanted me to call employees regarding the covid vaccine  ( if they were or weren't. I got it done .

2/2/2021 – In morning meeting I stated what I had on my agenda which was group interviews as normal for nursing she said she didn't want me to conduct it anymore , so I can exclude myself and she can do it ,she wanted to be involved  instead she instructed me once again  to call employees I stated to her that I already called them and it would seem like im harassing them because they already told me their answers she stated do what I said  now Ms. Lewis loudly  I stated yes maam I will call again. *Some employees  were  very upset *

2/3/2021 - we moved our offices to the 5th floor Todd helped connect everyone's computer and wifi ( he helped everyone that was Caucasian  but not me ). I had Almenta call him& ask him for the code to the internet because i didn't feel comfortable asking him because of his actions he has presented to me ) Todd asked Almenta who was it for & she said Takia he then  stated i would have to figure it out on my own .( Mind you he helped everyone else with the code but me ) Instead Almenta helped me set my office up.) My lock was changed because I was told im going to be given a key that only I would have access to because I have employee files and confidentially information.

2/8/2021 - we had a morning meeting per usual and i  was leaving the office door and he pushed passed me and kept walking he didn't turn back nor did he say excuse me  i immediately  let stacy our administrator  know  &  she said she would handle it turning up her lips at me . I said thank you . ( went to precent later that day  )

2/9/2021 - i followed up on my situation after everyone left the morning meeting  - there was no update , i went to the kitchen to give the supervisors applications and saw Todd digging in the food they were about to serve the resident with no gloves on  i went to stacy immediately to tell her and let her know . She stated she would handle the situation.

2/10/21 - rumors were going around saying that someone wanted my job . i kept quiet and didn't react to the rumors i stayed quiet and didn't let it bother me or my job performance.

2/11/2021 i was in morning meeting giving report regarding what was on my agenda today & trying to confirm the meeting times I had with her today .  stacy got smart  towards me saying that she is the boss I run this . I stated okay i was just letting you know .

2/12/2021 - Employees from the kitchen and other departments told me that they seen Todd digging in the food with no gloves on . i let stacy know what happened . Nothing was done she asked for  and she asked to  texted me later that day and asked me for all  the files for the managers .

2/13/2021 - an employee ( African American called me with a concern regarding a ( Caucasian Director) and i followed my protocol by following up the situation and going about it the right way stacy told me she would handle it . **Never Handled**

2/15-2021 The same employee on 2/13 voiced to stacy that she wanted to have a meeting with myself , Stacy the supervisor .stacy declined to have me in the meeting.once again . Aplogized to employee sorry but I wont be attending the meeting . **the situation was never handled** .

2/17/2021 - there was email sent out to all managers / department for a meeting ( All the african american managers)didnt recieve it  i confirmed with other managers that were Caucasian did they have a meeting and they stated yes  i texted stacy asking was there a meeting she never replied later that day I tried to follow up with stacy regarding the employee situation on the meeting they had without me stacy declined to give me rapport  on it . Stated I didn't need it .

2/18/2021- it was very bad weather outside and the news demanded to stay home and avoid traveling at 10:00am An ( African American supervisor Helen Lambert called to let me know that she was stuck on the highway and she couldn't get to work she was closer to home than she was at work  she stated she told Todd that she wouldn't be in and he stated that she better come to work and yelling at her being disrespectful  ( demanding her ) (Undermine value of a human being ). I stated to Helen that i would let the administrator  Stacy know and for her to let stacy know the situation as well .  ( I didn't attend work that day .

2/19/2021 i followed up with stacy regarding this employee  Helen Lambert  concern and stated to her that Todd's behavior is becoming more frequently ongoing , why isn't he being held accountable for his actions . she stated to me yelling pointing her finger at me   saying  i am the boss stay out of it i explained to her all im doing are my responsibilities and following protocol  . Stacy shooked her head at me. ( Morning Time )

Later that day before lunch - I had to then report another employee concern regarding disrespect for her manager (Melina & Jamie ). I communicated with both parties for a later time that day because I didn't want to go back in the office after she spoke to me rudely humiliating me.   I approached Stacey office and her door was closed I knocked she answered and asked who was it . I said Human Resources she never greeted me to come in . Tried to follow up with her in the hallway but she acted like she didn't hear me approach her . Called Denise Bucholz left message no answer , called Vannessa Rideway no answer .  The employee wanted to have a meeting with me , stacy and her manager stacy declined to have me in the meeting.

2/22/2021 - i witness todd on the phone cussing at an employee Leslie the dining room supervisor while waiting for the morning meeting to stay . after the meeting her i later went to check on leslie to see how she was feeling she stated this isn't the first time todd has disrespected her and made her cry. & he doesn't know how to talk to her.  i told stacy she told me to write a statement of what I heard  because

it will help if I did I wrote the statement and emailed it to her . I also emailed Leslie to let her know to write an statement but she didn't want to. I left it alone I didn't approach her or ask her about it anymore I went to administrator office . She ignored me

2/25/2021 - Todd told me to take out one of his new employees out the system , i followed up with the employee to see why and what was wrong she stated she left the job because Todd & Dianne was talking to her disrespectful and saying slurs what you cant read and etc . ( Employee was Black )

I went to stacy to let her know why the employee left and in the middle of me talking she said Loudly in the new renovation model room across from her office next to marketing office .(5th Floor) Loudly pointing her finger with her hands on her hip saying that i need to stop supporting Black employees before i end up in the hot seat i told her i dont understand she said oh you will i excused myself from her office respectfully said you need to treat all your employees the same .

Later i also brought to her attention that another server (Caucasian ) left the job two times . because she didn't want to take a directive from an African American supervisor Helen Lambert and she still has her job . Her Mother works as a dining room supervisor which is not allowed in the company to manage your loved one . i followed protocol and told the supervisor to write statement stacy took the statement and never gave it back . Analyssa Moody wrote a statement regarding Todd making her move tables that were to heavy for her and he declined her help from a guy to help her . Stacy also has that statement and didnt return it for me to put in their files.

Texted her regarding Jamies complaint regarding Melina via Messages with Stacey Buckley .

3/1/2021 - Helen Lambert ( African American )the dining room supervisor sent me a screenshot of todd calling her out in a group message assuming that she did something wrong . when it was a Caucasian supervisor that did it . i told her i would let stacy know this . Helen notified me that dianne stated i over stepped by helping the employees a coversation that was heled between me and stacy . This information could of only been told if stacy told todd something and todd communicated that with his other supervisor .

3/2/2021- Helen Lambert ( African American Supervisor ) She asked me update i told her i made stacy aware of the situation i agreed and i followed protocol to have her write a statement she followed up with stacy and mentioned that stacy told her she is the boss of him and stop putting energy in the situation.

Stacy called me into the office with Melina and said that shes sorry but my job has been eliminated she didn't give me a reason why , didn't provide me with any paper work she never kept in contact with me to let me know about another position each time I asked about it she kept avoiding me .She said my last day at work can be the 16th of March ,2021.

3/3/2021 – there was a GI flyer on the building door stacy took the flyer down from the door and was very upset doing it . When I walked in my office that morning the energy I felt in my office didn't feel right I thought it was just me but  my office was tampered in there was a towel that was in front of my desk that wasn't there when I left . It was confirmed later on that day by other employees that Todd & Stacey wanted until I left the building to go in my office . ( told by almenta and JB ) That day I recorded how I left my office . Helen Lambert was written up for not taking a pic of food but the other supervisors that are Caucasian are not required to do this nor did they get written up for it .

3/4/2021- My office was broken into again The write ups for Todd & Molly was gone out my office which was in my drawer , Helen Lambert  recent falsely write up was  also gone from my office . my half key was missing from my desk . That's the only key I can have to fully lock my door and not have anyone get into it .

3/5/2021 – termination  I was told to sit at the desk all day I was given no break . taken advantage of . I wasn't allowed to go to my office not even for a lunch break , I wasn't allowed to answer HR related questions from employees , access was denied for payroll . she used me at the desk all day until my term date .

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Tawia lews is seeking relief during that time i suffered depression, i was terrified of losing my job, because im dang my job. im seeking relief from me being fired for nothing back pay. 24 per hour. 50,000. want to therapy i can't provide for my family my children, bills. denied my unnemployment.

7

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-9-2023 2022.

Signature of Plaintiff    _Tarra M Lewis_

Printed Name of Plaintiff    _Tarria Lewis_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

8